# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO GARCIA-CARRASCO, et al.,** *Plaintiffs,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **DALTILE, et al.,** *Defendants.* | : : : | No. 25-cv-4223 |

## ORDER

**AND NOW**, this **19th** day of **September 2025**, upon review of Defendants Daltile and Mohawk Industries, Inc.'s Notice of Removal (ECF No. 1), Plaintiffs' Motion to Remand (ECF No. 12), and Defendants Daltile and Mohawk Industries, Inc.'s Opposition (ECF No. 14), it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Remand (ECF No. 12) is **GRANTED**.

2. The above-captioned case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

3. The **CLERK OF COURT** is directed to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**